| AO 10<br>Rev. 1/2011 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2010** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Voorhees, Richard L. | 2. Court or Organization<br><br>Western District Court-North Carolina | 3. Date of Report<br><br>04/21/2011 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>    magistrate judges indicate full- or part-time)<br><br>U. S. District Judge-Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,     Date<br>☐ Initial    ☑ Annual    ☐ Final<br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2010<br>to<br>12/31/2010 |
| 7. Chambers or Office Address<br><br>U. S. Courthouse, Suite 250<br>401 West Trade Street<br>Charlotte, North Carolina 28202 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

**Voorhees , Richard L.**

| Name of Person Reporting | Date of Report |
|---|---|
| Voorhees, Richard L. | 04/21/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2010 | The Carrie E. and Lena V. Glenn Foundation, Inc.-Salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Voorhees, Richard L. | 04/21/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✓ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Captial One Bank | Credit Card | K |
| 2. Wachovia Bank, N.A. | Credit Card | J |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Voorhees, Richard L. | 04/21/2011 |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Weststar Fin. Services Corp. | A | Dividend | J | T | Sold | 12/31/10 | J | A | |
| 2. AT&T | A | Dividend | J | T | | | | | |
| 3. Guardian Capital, LLC IRA Rollover-Individual Assets | | | | | | | | | To Fidelity Inv. Co. |
| 4. (a) Pershing Gov't MMA | A | Dividend | | | Closed | 04/30/10 | M | A | To RBS Citizens, Line 20 |
| 5. Wachovia Bank-checking / savings (Last year on line 34) | A | Dividend | J | T | | | | | |
| 6. Mountain Federal Credit Union(checking & savings) | A | Dividend | J | T | | | | | |
| 7. Vanguard Asset Allocation Fund R/O IRA | A | Dividend | J | T | | | | | |
| 8. Vanguard GNMA Fund R/O IRA | A | Dividend | K | T | | | | | |
| 9. Vanguard Prime Money Market Rollover IRA | A | Dividend | J | T | | | | | |
| 10. Vanguard Total Stock Market Ind. Fund R/O IRA/Admiral Shares | A | Dividend | K | T | | | | | Converted to Admiral Share |
| 11. Vanguard Wellington Fund R/O & Non-R/O IRA | A | Dividend | K | T | | | | | |
| 12. Southern Company | A | Dividend | J | T | | | | | |
| 13. Vanguard Group Individual Investments | | | | | | | | | |
| 14. (a) Vanguard Prime Money Market Fund | A | Dividend | J | T | | | | | |
| 15. (b) Vanguard Windsor II Fund | A | Dividend | J | T | | | | | |
| 16. Fidelity Cash Reserves | A | Dividend | J | T | Sold (part) | 04/14/10 | J | A | |
| 17. Fidelity Cash Reserves | | | | | Sold (part) | 04/19/10 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Voorhees, Richard L. | 04/21/2011 |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Fidelity Equity-Income Fund | B | Dividend | M | T | | | | | |
| 19. Fidelity Investment Co., IRA rollover-Individual Assets | | | | | | | | | Transferred from Line 3 |
| 20. (a) RBS Citizens Deposit Account | B | Dividend | M | T | Open | 04/30/10 | J | | Transferred from Line 4 |
| 21. (b) Fidelity Floating Bond | A | Dividend | L | T | Buy | 05/12/10 | L | | RBS Citizens |
| 22. (c) Fidelity Total Bond | A | Dividend | L | T | Buy | 05/12/10 | L | | RBS Citizens |
| 23. (d) Fidelity Strategic Bond | A | Dividend | L | T | Buy | 05/12/10 | L | | RBS Citizens |
| 24. Vanguard Group-R/O-IRA I | | | | | | | | | |
| 25. (a) Vanguard Windsor II | A | Dividend | K | T | | | | | |
| 26. (b) Vanguard US Growth | A | Dividend | J | T | | | | | |
| 27. (c) Vanguard Total Stock Market Index | A | Dividend | J | T | | | | | |
| 28. (d) Vanguard 500 Index Fund | A | Dividend | J | T | | | | | |
| 29. Vanguard Group-Rollover IRA II | | | | | | | | | |
| 30. (a) Prime Money Market | A | Dividend | J | T | | | | | |
| 31. (b) International Growth Investors | A | Dividend | K | T | | | | | |
| 32. (c) International Value Investors | A | Dividend | K | T | | | | | |
| 33. Vanguard Group-Traditional IRA | | | | | | | | | |
| 34. (a) Capital Opportunity Fund | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Voorhees, Richard L. | 04/21/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. (b) Stragetic Equity | A | Dividend | K | T | | | | | |
| 36. (c) Vanguard REIT Admiral Index Fund | A | Dividend | J | T | | | | | |
| 37. (d) Vanguard Wellington Fund-Admiral IRA | B | Dividend | L | T | | | | | |
| 38. Wachovia Corporation (Wells Fargo transition ongoing) | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | I11 =$1,000,001 - $5,000,000 | I12 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Voorhees, Richard L. | 04/21/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Additional Information regarding Part VII

Line 1.--Weststar Fin. Services Corp. was owned on the last day of 2010, but, was also sold on the last day of 2010. (12/31/10)


Line 3.-- Is a header. Also, Guardian Capital, LLC IRA Rollover Individual Assets transferred to Fidelity Investment Company IRA Rollover-Individual Assets on 4/30/10.

Line 4.--Pershing Gov't MMA was closed and transferred to RBS Citizens Deposit on Line 20.

Line 10.--Vanguard Total Stock Market Ind. Fund R/O IRA was converted to Vanguard Total Stock Market Ind. Fund R/O IRA-Admiral Shares

Line 13--Vanguard Group Individual Assets is a header

Line 16--Fidelity Cash Reserves was sold in part on 4/14/10

Line 17--Fidelity Cash Reserves was also sold in part on 4/19/10- Although, Line 16 & Line 17 are the same account I put them on two separate lines because there were two different dates where account was sold in part.

Line 19--Fidelity Investment Co., IRA Rollover Individual Assets was transferred from Line 3, Guardian Capital, LLC IRA Rollover Assets on 4/30/10.

Line 20.--RBS Citizens Deposit Amount was tranferred from Line 4, Pershing Gov't MMA on 4/30/10.

Line 24.--Is a header.

Line 29.--Is a header.

Line 33.--Is a header.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544